UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RONALD LEE LLOYD,                    )
                                     )
        Plaintiff,                   )
                                     )
    vs.                              )        Case No. 4:07-CV-1935 (JCH)
                                     )
CITY OF ST. CHARLES, et al.,         )
                                     )
        Defendants.                  )

**ORDER**

The matter is before the Court on Plaintiff's "Motion for Reconsideration of Plaintiff's Motion for Leave to File Third Amended Complaint" (Doc. No. 29), filed July 15, 2008. Upon consideration, the Court finds that allowing the Third Amended Complaint will promote the efficient resolution of this case. The Court also notes that Defendants mistakenly believe that they do not have to file an answer to the new complaint. Defendants must file an answer to the Third Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Doc. No. 29) is **GRANTED** and the Court's Docket Text Order of July 10, 2008 is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Third Amended Complaint (Doc. No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall file an Answer to the Third Amended

Complaint no later than **Monday, July 28, 2008**.

Dated this 21st day of July, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE